909 A.2d 258

**DEPARTMENT OF MARYLAND STATE POLICE, et al.**

v.

**ESTATE OF Ricky LEECH, et al.**

**No. 17, Sept. Term, 2006.**

Court of Appeals of Maryland.

Oct. 16, 2006.

Samuel Piazza, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., H. Scott Curtis, Asst. Atty. Gen., on brief), for petitioners.

David Alexander, Greenbelt, for respondents.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA, and GREENE, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 16th day of October, 2006,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.